**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*IN RE EX PARTE* PETITION OF SWISSCANTO FONDSLEITUNG AG FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

Case No. 26-mc-107 (JFD)

**ORDER**

This matter is before the Court on the *Ex Parte* Petition of Swisscanto Fondsleitung AG ("Swisscanto") for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (Dkt. No. 1), as well as a Declaration of Support (Dkt. No. 4), which contains, among other documents, an October 15, 2026 Letter of Request issued by the Ontario Superior Court of Justice (Dkt. No. 4-1 at 2-4). The *Ex Parte* Petition of Swisscanto requests this Court to issue an Order Pursuant to 28 U.S.C. § 1782 directing the issuance of a subpoena to Eric Grover, who is located within the District of Minnesota, requiring Mr. Grover to provide remote testimony in an upcoming civil trial, *Swisscanto Fondsleitung AG v. BlackBerry Limited, et al.*, Court File No. Cv-13-00495413-00CP, before the Ontario Superior Court of Justice.

Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The *Ex Parte* Petition of Swisscanto Fondsleitung AG for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (Dkt. No. 1) is **GRANTED**;

2. Swisscanto is permitted to serve Eric Grover with the subpoena attached as Exhibit 4 to the Declaration of Support (Dkt. No. 4-1 at 16-18). The subpoena shall include the case number for the present matter (26-mc-107 (JFD)).

3. The Court finds good cause and compelling circumstances pursuant to Federal Rule of Civil Procedure 43(a), and directs Eric Grover to appear and give live testimony by contemporaneous video transmission at the trial of the Canadian Action commencing on January 11, 2027, under the supervision of the Ontario Superior Court of Justice;

4. A copy of this Order and a copy of the Letter of Request (Dkt. No. 4-1 at 2-4) shall be served with the subpoena;

5. Mr. Grover shall be given prompt notice of the subpoena and shall receive at least ten days' notice before he is required to appear for testimony; and

6. Any objection to the subpoena or to the procedure authorized by this Order shall be raised within ten days of service of this Order and the subpoena, with any further briefing to proceed on an expedited schedule set by the Court, so that any such objection may be addressed and resolved in advance of trial in the Canadian Action.

Date: November 18, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge